# Court of Appeals
# of the State of Georgia

ATLANTA, August 07, 2014

*The Court of Appeals hereby passes the following order*

**A14I0246. WAL-MART STORES EAST, LP v. JANIE PATTERSON.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

13SUCV578



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, August 07, 2014.*

    *I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*